IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 4: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

EULA ARTISON, et al.,

    Plaintiffs,

v.                              No. 05-2254-B

WYETH CORPORATION, et al.,

    Defendants.

---

## ORDER OF REFERENCE

---

Before the court is Defendants' Joint Motion to Stay all Proceedings Pending Transfer to MDL 1203 Pursuant to 28 U.S.C. § 1407 filed on April 29, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this ___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02254 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

William G. Frey
WOLFE BLOCK SCHORR & SOLIS-COHEN, LLP
1650 Arch Street 22nd Floor
Philadelphia, PA 19103

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eric Alexander
REED SMITH LLP
1301 K Street, N.W.
East Tower - Ste. 1100
Washington, DC 20005

Clinton L. Kelly
KELLY KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075--260

Honorable J. Breen
US DISTRICT COURT