IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EULA ARTISON, et al.,

    Plaintiffs,

vs.                                                         No. 05-2254-B/P

WYETH CORPORATION, et al.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Robert G. Germany has moved to appear pro hac vice for plaintiffs in this action. Mr. Germany is licensed to practice law in the State of Mississippi. For good cause shown, that motion is granted. It is hereby ordered that Robert G. Germany be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 23, 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-24-05

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02254 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

William G. Frey
WOLFE BLOCK SCHORR & SOLIS-COHEN, LLP
1650 Arch Street 22nd Floor
Philadelphia, PA 19103

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Eric Alexander
REED SMITH LLP
1301 K Street, N.W.
East Tower - Ste. 1100
Washington, DC 20005

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Clinton L. Kelly
KELLY KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075--260

Robert G. Germany
KELLY KELLY & ALLMAN
629 E .Main Street
Hendersonville, TN 37075

Honorable J. Breen
US DISTRICT COURT