IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY 24 PM 3: 10
ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| EULA ARTISON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. <u>05-2254-B/P</u> |
| WYETH CORPORATION, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO
STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL 1203**

Before the court is defendants' Joint Motion to Stay All Proceedings Pending Transfer to MDL 1203 Pursuant to 28 US.C. 1407, filed on April 29, 2005 (dkt #8). This motion was referred to the Magistrate Judge for determination. Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to plaintiffs' motion to stay has passed. On this basis, the motion is GRANTED.

Moreover, since December 1997, the Judicial Panel on Multidistrict Litigation ("MDL Panel") has transferred over 4,250

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5·25-05



diet drug cases to the United States District Court for the Eastern District of Pennsylvania for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. On April 18, 2005, the defendants submitted a suggestion of tag-along to the MDL Panel for transfer of this case to the MDL court. Defendants state that the MDL Panel has tranferred every diet drug case referred to it to date. If, as defendants assert, there are no circumstances that would warrant making this diet drug case an exception to the MDL Panel's transfer policy, a stay of litigation pending a transfer decision from the MDL panel would conserve judicial resources and avoid inconsistent rulings.

The scheduling conference set for June 9, 2005 is canceled. If the case is not transferred, the parties shall contact this Magistrate Judge within three days to set a new date for the scheduling conference.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/24/05
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02254 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Robert G. Germany
KELLY KELLY & ALLMAN
629 E .Main Street
Hendersonville, TN 37075

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Eric Alexander
REED SMITH LLP
1301 K Street, N.W.
East Tower - Ste. 1100
Washington, DC 20005

William G. Frey
WOLFE BLOCK SCHORR & SOLIS-COHEN, LLP
1650 Arch Street 22nd Floor
Philadelphia, PA 19103

Clinton L. Kelly
KELLY KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075--260

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Honorable J. Breen
US DISTRICT COURT