

DOCKET NO. 1203

MAY 1 3 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/
DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)  05-2254-B

CONDITIONAL TRANSFER ORDER (CTO-140)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 9,241 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-140 - TAG ALONG ACTIONS
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA CENTRAL | |
| CAC 2 04-4852 | Lynn Weston v. American Home Products Corp., et al. |
| GEORGIA NORTHERN | |
| GAN 1 05-437 | Garland-Adrienne Thornton v. Wyeth, Inc., et al. |
| GAN 3 05-24 | Carrie Richards, etc. v. Tanner Medical Center, Inc., et al. |
| ILLINOIS NORTHERN | |
| ILN 1 05-1483 | Evon Ott v. American Home Products Corp., et al. |
| NEW YORK SOUTHERN | |
| ~~NYS 1 03-8290~~ | ~~Milagros Luis v. American Home Products Corp., et al.~~ Opposed 5/31/05 |
| ~~NYS 1 03-8291~~ | ~~Rosolyn J. Liebman-Rube, et al. v. American Home Products Corp., et al.~~ Opposed 5/31/05 |
| ~~NYS 1 04-5487~~ | ~~Eva Sirna, et al. v. American Home Products Corp., et al.~~ Opposed 5/31/05 |
| OKLAHOMA NORTHERN | |
| OKN 4 04-365 | Stephanie Barnes v. Wyeth, et al. |
| TENNESSEE WESTERN | |
| TNW 2 05-2254 ✓ | Eula Artison, et al. v. Wyeth Corp., et al. |

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

June 7, 2005

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

U.S. District Court
Western District of Tennessee
Robert R. Di Trolio, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Re:  Diet Drugs MDL 1203
C.A. 2:05-2254 (Artison, et al)

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action (s) to this district under 28 U.S.C. Section 1407.

**Panel Rule 19(a) has been suspended in this litigation. <u>Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendments to the complaint.</u>**

<u>**DO NOT FORWARD THE ORIGINAL RECORD(S).**</u>  (See Pretrial Order #2 enclosed)

Should you have any questions regarding this request, please call me at the number listed above.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Sharon Carter
MDL Coordinator

enc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/
FENFLURAMINE/DEXFENFLURAMINE
PRODUCTS LIABILITY LITIGATION)

THIS DOCUMENT RELATES TO ALL
ACTIONS

MDL DOCKET NO. 1203

FILED
JAN - 9 1998
MICHAEL E. KUNZ
By _____ Dep.

PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 1.5(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and **forward to the clerk of the transferee district court only a** certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02254 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Eric Alexander
REED SMITH LLP
1301 K Street, N.W.
East Tower - Ste. 1100
Washington, DC 20005

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Robert G. Germany
KELLY KELLY & ALLMAN
629 E .Main Street
Hendersonville, TN 37075

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

William G. Frey
WOLFE BLOCK SCHORR & SOLIS-COHEN, LLP
1650 Arch Street 22nd Floor
Philadelphia, PA 19103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Clinton L. Kelly
KELLY KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075--260

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT